THE FIRST NATIONAL BANK OF EDGEWATER, N. J., Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Merrell and Martin, JJ., dissent.

In the Matter of the Probate of the Last Will and Testament of JOSEPHINE A. PARK, Deceased, as a Will of Real and Personal Property.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ARTHUR O. TOWNSEND and Others, Respondents, v. WILLIAM DUBILIER, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

SAMUEL LIPKOWITZ, Appellant, v. PHILIP ROTHMAN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

GEORGE A. KOHUT, Respondent, v. KATHERINE McC. JENNINGS, Also Known as MRS. JOHN G. JENNINGS, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

CAROLYN K. SCHROEDER, as Administratrix, etc., of HARRY A. SCHROEDER, Deceased, Respondent, v. ABERDEEN HOTEL CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MORRIS M. BECHER, Appellant, v. ALBERTA G. TURNER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

In the Matter of the Application of THE LONG ISLAND RAILROAD COMPANY, Petitioner, for a Certiorari Order against TRANSIT COMMISSION OF THE STATE OF NEW YORK, and Others, etc., Respondents.— Order of certiorari dismissed and proceedings confirmed, with fifty dollars costs and disbursements to respondents. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

LOUISE E. PARKER, an Infant, by LOUISE PARKER, Her Guardian ad Litem, Respondent, v. NICHOLAS. LISANTI, Defendant, Impleaded with COLT, STEWART Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ELSIE DEL GROSSO, an Infant, by CARMINO DEL GROSSO, Her Guardian ad Litem, Respondent, v. NICHOLAS LISANTI, Defendant, Impleaded with COLT, STEWART Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. HOWARD A. SPERRY, Appellant.—Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.